FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FELIPE G. GUZMAN,<br><br>      Petitioner,<br><br>  v.<br><br>DARREL G. ADAMS, Warden,<br><br>      Respondent. | No. CV 07-6072-GW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: August 11, 2008

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE